COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:           01-02-00114-CV

Style:                  Howard Stern, as Executor of the Estate of Vickie Lynn Marshall

                        **v** Elaine Marshall, et al.

Date motion filed[*]:   June 20, 2014

Type of motion:         Motion to withdraw as counsel

Parties filing motion:  Christopher Dove, David Harrell, and Locke Lord LLP

Document to be filed:

Is appeal accelerated?        No

Ordered that motions are:

    ☑    Granted

        If document is to be filed, document due:

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

  **The motion to withdraw filed by Christopher Dove, David Harrell, and the firm of Locke Lord LLP is granted.** *See* **TEX. R. APP. P. 6.5.**

Judge's signature: /s/ Chief Justice Sherry Radack
              ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date:  July 17, 2014